UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES

**Date:** June 12, 2020  **Time:** 10:20 - 10:50 am  **Judge:** Edward J. Davila
**Total Time:** 30 Mins.

**Case No.**: 17-cr-00068-EJD-7  **Case Name:** UNITED STATES v. Alexander Martinez-Flores(P)(C)(I)

**Attorney for Plaintiff:** Stephen Meyer
**Attorney for Defendant:** Josh Cohen

**Deputy Clerk:** Adriana M. Kratzmann          **Court Reporter:** Irene Rodriguez

**Interpreter:** Lupita Arce (Spanish)          **Probation Officer:** Kyle Pollak

### PROCEEDINGS – SENTENCING Via Zoom Webinar

Defendant is present, in-custody and assisted by the Spanish language interpreter.  Hearing held.
**Defendant is hereby committed to the custody of the Bureau of Prisons (BOP) to be imprisoned for a term of 360 months.  This term consists of 240 months on each of Cts. 1 and 2 of the Second Superseding Indictment (Dkt. 147 filed 8/16/2018) and 120 months on Ct. 11, said term to be served concurrent to one another, and 120 months on Ct. 14, to be served consecutively to all other counts.**
**The Court imposed a 5-year term of supervised release. This term consists of 5 years on Cts. 1 and 14 and 3 years as to Cts. 2 and 11, said terms shall run concurrently to one another.** The Court adopts the Probation Officer's recommendations for standard and special conditions (SEE JUDGMENT).
$400 Special Assessment Fee imposed due immediately; Fine waived;
Defendant is remanded to the custody of the BOP;
The Government orally requests that the Court dismiss the underlying open Counts in the previous Indictment and that Cts. 12 and 13 be dismissed. The Court ordered those Indictments and those counts dismissed as to this defendant.
The Court orders the defendant's interest in the forfeiture items be forfeited.

P/NP: Present, Not Present
C/NC: Custody, Not in Custody
I: Interpreter

Adriana M. Kratzmann
Courtroom Deputy
Original: Efiled
CC: